**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**2:06CR31**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Vs.** ) | **ORDER** |
| ) | |
| **BRADLEY DALE WAYCASTER,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

THIS MATTER coming on to be heard before the undersigned on November 21, 2006 in Bryson City. This matter was scheduled for a Rule 11 proceeding. At the call of this matter on for hearing, Raquel Wilson, attorney for the defendant, advised the court that the defendant wished to continue the hearing of the motion due to the fact that a chemical analysis of the substance seized from the defendant had not been performed. The undersigned examined the court file in this matter and found that Ms. Wilson had filed, on that day, a written motion to continue which had been consented to by the Government. It appears that good cause has been shown for the continuance of the Rule 11 proceeding. The matter is, thus, scheduled for trial for December 4, 2006.

**ORDER**

IT IS, THEREFORE **ORDERED** that the motion to continue the plea hearing of the defendant is hereby **ALLOWED**.

Signed: November 28, 2006

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge